UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DANTE CUBANGBANG, et al.,

Defendants.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a status conference in this action will take place on **May 22, 2019 at 12:30 p.m.**

It is further ORDERED that trial in this matter will commence on **October 15, 2019 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse. Pre-trial submissions – motions in limine, proposed voir dire, and requests to charge – are due on **Monday, September 16, 2019**. Any responsive papers are due **Monday, September 23, 2019**.

Dated:   New York, New York
         April 10, 2019

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge