UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LOREN PIQUANT,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that the sentencing of the Defendant is adjourned from March 4, 2020, to **May 18, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **April 27, 2020**, and any submission by the Government is due on **May 4, 2020**.

Dated: New York, New York
    January 26, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge