UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LOREN PIQUANT,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant is adjourned from March 18, 2020, to **June 22, 2020 at 4:00 p.m.** in Courtroom 705 of of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of the Defendant are due **June 1, 2020**, and any submission by the Government is due on **June 8, 2020**.

Dated:  New York, New York
        April 22, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge