# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Direct
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

May 29, 2020

*Via* **ECF**

The Honorable Paul G. Gardephe
U.S. District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 2, 2020

Re:   *United States v. Loren Piquant*, 18 Cr. 723 (PGG)

Dear Judge Gardephe,

Ms. Piquant is scheduled to be sentenced by the Court on June 22, 2020. Pursuant to the Court's April 22, 2020 order, the defense sentencing submission is due on June 1, 2020, and the government's on June 8, 2020.

I write to respectfully request a modest modification to the above schedule to permit the defense submission to be submitted on Friday, June 5, 2020, and the government's sentencing submission due on Friday, June 12, 2020. I need the additional time in order to complete her sentencing submission because I have had two unexpected filings due in other matters this past week and I am attempting to schedule an additional legal call with my client who is housed at the MCC, in order for to her assist me with sentencing arguments and to further discuss the PSR. Thank you.

Respectfully submitted,

*/s/ César de Castro*
César de Castro