UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LOREN PIQUANT,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant is adjourned from June 22, 2020, to **July 22, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due **July 1, 2020**, and any submission by the Government is due on **July 8, 2020**.

Dated: New York, New York
       June 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge