UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-                                                **ORDER**

LOREN PIQUANT,                                           18 Cr. 723 (PGG)

                            Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

         It is hereby ORDERED that the sentencing of Defendant Loren Piquant is adjourned from November 18, 2020, to **November 19, 2020 at 12:00 p.m.**  With Defendant's consent, sentencing will proceed by telephone.

         The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  No later than **November 15, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
         November 6, 2020

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge