UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LOREN PIQUANT,

                Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Because of the medical issues discussed at today's conference, and with the consent of the Government, Defendant Loren Piquant will be released pending sentence on the following conditions:

(1)     a $250,000 personal recognizance bond co-signed by two financially responsible people and secured by $15,000 in cash or property;

(2)     surrender of any travel documents, no application for new travel documents, and no travel outside the Southern and Eastern Districts of New York;

(3)     pretrial supervision as determined by the Pretrial Service Office; and

(4)     Defendant is prohibited from working at any facility that prescribes controlled substances.

        All conditions are to be satisfied by December 22, 2020. The Defendant may be released on her own signature, and she is not required to quarantine prior to release.

Defendant's sentencing, previously scheduled for December 15, 2020, is adjourned to **April 5, 2021 at 10:00 a.m.**

Dated: New York, New York
December 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge