UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LOREN PIQUANT,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Loren Piquant's sentencing, currently scheduled for May 4, 2021, is adjourned to **June 25, 2021 at 2:00 p.m.**

Dated: New York, New York
May 3, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge