UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| LOREN PIQUANT, | 18 Cr. 723 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      In light of Defendant Loren Piquant's planned surgery, Defendant's sentencing, currently scheduled for December 8, 2021, is adjourned to **February 8, 2022 at 2:00 p.m.**

Defendant will submit a status letter regarding her medical condition by February 4, 2021.

Dated: New York, New York
       December 3, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge