UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LOREN PIQUANT,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Loren Piquant's sentencing, currently scheduled for February 8, 2022, is adjourned to **February 22, 2022 at 4:30 p.m.** Defendant will submit a status letter regarding her medical condition by February 15, 2022. In the event that a further adjournment of sentencing is sought, that application will be supported by medical records verifying the condition that necessitates a further adjournment.

Dated: New York, New York
February 7, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge