THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

July 16, 2022

*Via* **ECF**

The Honorable Paul G. Gardephe
U.S. District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Loren Piquant*, 18 Cr. 723 (PGG)

Dear Judge Gardephe,

I write, with the consent of the government, to request a two-week extension of the date on which Ms. Piquant is required to surrender to the Bureau of Prisons. As the Court may recall, on March 18, 2022, the Court sentenced Ms. Piquant to serve 3 years' imprisonment. In the judgment, the Court recommended that Ms. Piquant "be incarcerated at a medical center that can fully attend to her medical needs" after completing a full evaluation of her medical needs. She was ordered to surrender on Monday, July 18, 2022.

Ms. Piquant nor the undersigned have heard anything from the Bureau of Prisons. Two days ago, on Thursday, July 16, 2022, Ms. Piquant was finally notified, by Pretrial Services, that she had been designated to FMC Carswell, a medical center in Fort Worth, Texas. As the Court is aware, Ms. Piquant is now indigent and I have been appointed by the Second Circuit as CJA counsel to perfect her appeal. She is exploring her options to travel to FMC Carswell and requires additional time to make those arrangements.

Accordingly, we respectfully request that the Court grant Ms. Piquant an additional two weeks to surrender to FMC Carswell.

Respectfully submitted,

/s/

César de Castro

2

cc: Sebastain Swett
   Assistant United States Attorneys (*via* ECF)

**Memo Endorsed:**  The application is granted.  By August 1, 2022, the Defendant shall surrender for service of sentence at FMC Carswell.
Dated:  July 18, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge