

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *United States v. Loren Piquant*, 18 Cr. 723 (PGG)

Judge Gardephe:

     The Government writes, with consent of counsel for Ms. Piquant, to request that the Court set a deadline of October 5, 2022 for the Government respond to Ms. Piquant's letter as ordered by the Court. (Dkt. 303.) The Government understands, based on its conversations with Ms. Piquant's counsel, that she has had at least two medical visits since she filed her letter on September 1, 2022, though FMC Carswell is trying to arrange a visit to outside doctors to continue Ms. Piquant's treatment.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

by: _____
     Sheb Swett
     Assistant United States Attorney
     (212) 637-6522

CC:    All counsel (by ECF)

     Dated:  September 28, 2022

     SO ORDERED.

_____
Paul G. Gardephe
United States District Judge